UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Michael A Jones  
    Lakenya J Jones  
          Debtor(s)

Case No. 17 B 25721

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/28/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 01/18/2018.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $3,060.00 |
| Less amount refunded to debtor | $477.46 |

**NET RECEIPTS:** $2,582.54

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $137.69 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $137.69

Attorney fees paid and disclosed by debtor:   $2,100.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advocate Medical Group | Unsecured | 516.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 401.10 | NA | NA | 0.00 | 0.00 |
| AFD Frankfort | Unsecured | 271.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 243.00 | NA | NA | 0.00 | 0.00 |
| Angela Sanders | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Arnold Scott Harris PC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chrysler Capital | Unsecured | 13,320.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| City of Country Club Hills | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/abcr&fch | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/Arhaus | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/carsons | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/express | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/Nwyrk&Co | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/rh | Unsecured | 3,091.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/Roomplace | Unsecured | 862.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/Vctrssec | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/zgalleri | Unsecured | 1,923.00 | NA | NA | 0.00 | 0.00 |
| Comenity Capital/Hsn | Unsecured | 1,544.00 | NA | NA | 0.00 | 0.00 |
| Comenitybank/wayfair | Unsecured | 2,126.00 | NA | NA | 0.00 | 0.00 |
| Comenitycapital/blnle | Unsecured | 1,784.00 | NA | NA | 0.00 | 0.00 |
| Comenitycapital/gmstop | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| Comenitycapital/overst | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| Comenitycapital/zales | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Control Service | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 206.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK NA | Unsecured | 909.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Assoc., LP | Unsecured | 803.00 | NA | NA | 0.00 | 0.00 |
| Esb/Harley Davidson Cr | Unsecured | 7,900.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 28,606.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 3,300.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| First Premier Bank | Unsecured | 626.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| Gateway One Lending & Finance LLC | Secured | 22,348.00 | 22,363.46 | 22,363.46 | 2,064.25 | 0.00 |
| GenPath | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Secured | 2,930.00 | 3,061.08 | 3,061.08 | 212.95 | 0.00 |
| Great American Finance Company | Unsecured | 0.00 | 420.24 | 420.24 | 0.00 | 0.00 |
| Harris & Harris Ltd | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Healthcare Finance Direct LLC | Unsecured | 144.17 | NA | NA | 0.00 | 0.00 |
| IICIIA - Integrated Imaging Consult | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 1,498.50 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 6,909.00 | 10,391.81 | 10,391.81 | 0.00 | 0.00 |
| Iowa Student Loan | Unsecured | 21,562.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems | Unsecured | 529.00 | NA | NA | 0.00 | 0.00 |
| JH PORTFOLIO DEBT EQUI | Unsecured | 1,375.00 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Mid America Bank & Trust | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| Midamerica/milestone/g | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| Midwest Recovery Syste | Unsecured | 740.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collection Services | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 631.00 | NA | NA | 0.00 | 0.00 |
| Phoenix Financial Serv | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| Plaza Home Mortgage, Inc. | Secured | 263,847.00 | 277,477.83 | 277,477.83 | 0.00 | 0.00 |
| Plaza Home Mortgage, Inc. | Secured | 23,946.00 | 26,219.06 | 23,946.00 | 0.00 | 0.00 |
| Portfolio Recovery Ass | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Secured | 7,019.00 | 7,019.11 | 7,019.11 | 167.65 | 0.00 |
| Syncb/Amazon | Unsecured | 629.00 | NA | NA | 0.00 | 0.00 |
| Thd/Cbna | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| Unique National Collections | Unsecured | 67.35 | NA | NA | 0.00 | 0.00 |
| Village of Matteson | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Webbank-Fingerhut | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Worlds Foremost Bank N | Unsecured | 2,208.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $277,477.83 | $0.00 | $0.00 |
| Mortgage Arrearage | $23,946.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $22,363.46 | $2,064.25 | $0.00 |
| All Other Secured | $10,080.19 | $380.60 | $0.00 |
| **TOTAL SECURED:** | **$333,867.48** | **$2,444.85** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$10,812.05** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $137.69 |
| Disbursements to Creditors | $2,444.85 |
| **TOTAL DISBURSEMENTS** : | **$2,582.54** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/19/2018        By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**